

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                        Fax (404)581-6181*
*Atlanta, Georgia  30303*


April 10, 2012


James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

    Re:  United States v. Demar, et al
         Criminal Action No. 1:90-CR-190-JOF-JED
         Substitution of Counsel

Dear Mr. Hatten:

    This is to notify you that the above-styled case has been transferred from former US Attorney's Candiss L. Howard and Byung J. Pak to Assistant U.S. Attorney G. Scott Hulsey, telephone number 404/581-6286.  I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

                              Sincerely,

                              SALLY QUILLIAN YATES
                              UNITED STATES ATTORNEY


                              /s/G. SCOTT HULSEY
                              ASSISTANT U.S. ATTORNEY