

**U.S. Department of Justice**
Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street

*Office of the Warden*                          *Springfield, Missouri 65807*

April 8, 2013

The Honorable J. Owen Forrester, Senior Judge
Richard B. Russell Federal Building and
United States Courthouse
75 Spring Street, S.W., Room 2211
Atlanta, GA   30303

Re:    DEMAR, Eddie
       Reg. No.: 40964-019
       Docket Number: 1:90-CR-190-01-JOF

Dear Judge Forrester:

This letter is to inform you the above-named inmate died on April 5, 2013, at 10:00 p.m. at the U.S. Medical Center for Federal Prisoners, Springfield, MO.   The cause of death was due to End Stage Renal Disease.

Mr. Demar was originally sentenced in your court on December 13, 1991, to a Life sentence for Conspiracy to Distribute in Excess of 100 Grams of Methamphetamine; Possession with the Intent to Distribute Methamphetamine; Unlawful Manufacturing of Methamphetamine; Possession of a Firearm during a Drug Trafficking Crime; and Distribution of Methamphetamine.   On January 10, 1996, he was resentenced to a term of 480 months for counts 1, 2, 3, 4, 6, and 8; and 60 months on count 7; for a total term of 540 months.

If you need any additional information, please do not hesitate to contact Kristie Bartlett, Executive Assistant, at (417) 862-7041, ext. 1214.

Sincerely,

Linda Sanders
Warden

cc:    Central File
       United States Attorney
       Chief United States Probation Officer
       North Central Regional Office